1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-01425-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA

12                                              No. 2:25-cv-01479-WBS-CSK

13                                              No. 2:25-cv-01640-WBS-CSK

14                                              No. 2:25-cv-01641-WBS-CSK

15                                              No. 2:25-cv-01645-WBS-CSK

16                                              No. 2:25-cv-01646-WBS-CSK

17                                              No. 2:25-cv-01648-WBS-CSK

18                                              No. 2:25-cv-01649-WBS-CSK

19                                              No. 2:25-cv-01655-WBS-CSK

20                                              No. 2:25-cv-01656-WBS-CSK

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3   the Court to open a new case for each attempted new pleading and assign it to the Court for

4   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7   finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-01425, 2:25-cv-01479, 2:25-cv-

9   01640, 2:25-cv-01641, 2:25-cv-01645, 2:25-cv-01646, 2:25-cv-01648, 2:25-cv-01649, 2:25-cv-

10  01655 and 2:25-cv-01656 are DISMISSED; the Clerk of the Court is directed to close these cases.

11  No further filings will be accepted.

12  Dated:  June 25, 2025

13  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2